**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

YEVETTE WILSHIRE, individually and in
Her Capacity as Administratrix of the Estate of
JEREMY RINEHART, Deceased,

      Plaintiff,

v.

                                        CIVIL ACTION NO.  3:14-8374
                                        (Consolidated with 2:12-0622)

BRIAN S. LOVE, M.D. and
UNITED STATE OF AMERICA,

      Defendants.

**ORDER**

Pursuant to this Court's Order entered on June 5, 2014, ECF No. 29, the Court

**DIRECTS** the Clerk to terminate the following as parties in this case: Oak Hill Hospital

Corporation; the City of Oak Hill; the Oak Hill Police Department; Michael Whisman, Jr.; and

Randall Shannon Prince. Accordingly, the Court also **DENIES as moot** the Oak Hill

Defendant's Motion to Dismiss (ECF No. 3).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented parties.

                        ENTER:       June 12, 2014

                        _____
                        ROBERT C. CHAMBERS, CHIEF JUDGE